United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONAS SALAZAR-PINA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03725 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

The petitioner, Jonas Salazar-Pina, filed this petition to challenge his ongoing detention in immigration custody. Pending is Salazar-Pina's unopposed motion to dismiss for mootness, advising the Court that this case is moot because he has been granted pre-conclusion voluntary departure by the Immigration Court. Doc. No. 9.

Therefore, the Court **ORDERS** as follows:

1. The petitioner's motion to dismiss (Doc. No. 9) is **GRANTED**, and this habeas petition is **DISMISSED** without prejudice as **MOOT.**
2. All other pending motions, if any, are **DENIED as MOOT.**
3. This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 16th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE